**AKERMAN LLP**
ALICIA Y. HOU (SBN 254157)
alicia.hou@akerman.com
ANDREA N. KHOURY (SBN 317275)
andrea.khoury@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendants
GREYSTAR REAL ESTATE PARTNERS, LLC
and GREYSTAR CALIFORNIA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIDI WU and JUHYUN SO on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC dba GREYSTAR, LLC and GREYSTAR CALIFORNIA, INC., dba GREYSTAR,<br><br>　　　　Defendants. | Case No. 3:25-cv-01090-AGS-BLM<br><br>The Hon. Andrew G. Schopler<br><br>**NOTICE OF APPEARANCE OF ANDREA N. KHOURY ON BEHALF OF DEFENDANTS GREYSTAR REAL ESTATE PARTNERS, LLC AND GREYSTAR CALIFORNIA, INC.**<br><br>Complaint Filed: April 29, 2025<br>Trial Date: None |

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Andrea N. Khoury of Akerman LLP hereby enters her appearance as counsel of record for Defendants Greystar Real Estate Partners, LLC and Greystar California, Inc. in the above-captioned action in addition to Alicia Y. Hou.  In addition to those attorneys who have already appeared in this action, please direct copies of all pleadings, notices, orders, correspondence and other filings in this action to Andrea N. Khoury at the following address:

Alicia Y. Hou
Andrea N. Khoury
**Akerman LLP**
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: alicia.hou@akerman.com; andrea.khoury@akerman.com

This filing constitutes the first appearance in this case of attorney Andrea N. Khoury. Other members of this attorney's firm have previously appeared in this case.

Dated: July 29, 2025              Respectfully submitted,

**AKERMAN LLP**


By: */s/ Andrea N. Khoury*
    Alicia Y. Hou
    Andrea N. Khoury
    Attorneys for Defendants
GREYSTAR REAL ESTATE PARTNERS, LLC and GREYSTAR CALIFORNIA, INC.